# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SANDRA P. HUMPHRIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-00194-CG-N |
| | ) |
| ANDERSON TRUCKING SERVICE, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated June 29, 2010, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the motion to remand (Doc. 8) filed by the Plaintiff, Sandra P. Humphries, be and is hereby **GRANTED.** The Clerk is directed to take such steps as are necessary to transfer this action to the Circuit Court of Baldwin County, Alabama, from whence it was improperly removed.

**DONE and ORDERED** this 14th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE